**Order entered June 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00835-CV

## ECLAT PRIVATE EQUITY, INC. ET AL, Appellants

## V.

## HASSAN PARSA, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05093**

## ORDER

We **GRANT** appellant's June 2, 2014 agreed motion to extend time to file reply brief and

**ORDER** the brief be filed no later than June 12, 2014. No further extensions will be granted

absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
         JUSTICE